# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TULLYTOWN BOROUGH,

        Petitioner

        v.

EDWARD ARMSTRONG, ROBERT CAMPANARO, EDWARD CZYZYK, AND GEORGE FOX,

        Respondents

: No. 121 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.